**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1522**

BRIAN LEON HAMLET,

        Plaintiff - Appellant,

    v.

DOUG A. IRVIN; VANNESSA DUNCAN; TRAVIS CASSELL,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:20-cv-00013-MFU-JCH)

Submitted:  August 29, 2025                Decided:  October 21, 2025

Before AGEE and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian Leon Hamlet, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Leon Hamlet appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Hamlet v. Irvin*, No. 7:20-cv-00013-MFU-JCH (W.D. Va. filed May 3, 2024; entered May 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*